## CRIMINAL CASE INFORMATION SHEET

Pittsburgh ✓     Erie _____     Johnstown _____     12-236

Related to No. _____ Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. _____ Narcotics and Other Controlled Substances
1a. _____ Narcotics and Other Controlled Substances (3 or more Defendants)
2. ✓ Fraud and Property Offenses
2a. _____ Fraud and Property Offenses (3 or more Defendants)
3. _____ Crimes of Violence
4. _____ Sex Offenses
5. _____ Firearms and Explosives
6. _____ Immigration
7. _____ All Others

Defendant's name: Charles E. Rocha

Is Indictment waived: _____ yes ✓ no

Pretrial Diversion: _____ yes ✓ no

Juvenile proceeding: _____ yes ✓ no

Defendant is: ✓ Male _____ Female

Superseding Indictment or Information: _____ yes ✓ no

Previous case number: _____

If superseding, previous case was/will be:

_____ Dismissed on defendant's motion
_____ Dismissed on government's motion
_____ After appellate action
_____ Other (explain)

County in which first offense cited occurred: Allegheny

Previous proceedings before Magistrate Judge: _____

Case No.: _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

Date arrested or date
continuous U.S. custody began: _____

Defendant:                        ____ is in custody  ✓ is not in custody

Name of Institution:              _____

Custody is on:                    ____ this charge    ____ another charge

                                  ____ another conviction

                                  ____ State          ____ Federal

Detainer filed:                   ____ yes            ✓ no

Date detainer filed:              _____

Total defendants:                 1

Total counts:                     18

Data below applies to
defendant No.:                    1

Defendant's name:                 Charles E. Rocha

SUMMARY OF COUNTS

| COUNT NO. | U.S. CODE | OFFENSE | FELONY | MISDEMEANOR |
|---|---|---|---|---|
| 1-18 | 29 U.S.C. § 501(c) | Embezzlement from a Labor Organization | X | |

I certify that to the best of my knowledge the above entries are true and correct.

DATE:  9/11/12

LEO M. DILLON
Assistant U.S. Attorney
PA ID No. 25806