IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    )
                               )
         v.              )    Criminal No. _12-236_
                               )
CHARLES E. ROCHA           )

### REQUEST FOR SUMMONS

To:  Clerk of Court
     United States District Court
     Western District of Pennsylvania

Please issue a Summons instead of an Arrest Warrant for defendant Charles E. Rocha, in accordance with Rule 9 of the Federal Rules of Criminal Procedure.

It is suggested that defendant Charles E. Rocha, be summoned to appear before the Court for arraignment, to post bond and file an appearance of counsel.

It is further suggested that bond be set at $10,000 Unsecured.

Offense charged in the Indictment is: Embezzlement from a labor organization, in violation of Title 29, United States Code, Section 501(c) (Counts 1-18).

Respectfully submitted,

DAVID J. HICKTON
United States Attorney

By: _____
LEO M. DILLON
Assistant U.S. Attorney
PA ID No. 25806

Dated: **September 11, 2012**