IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 12-236 |
| | ) | |
| CHARLES E. ROCHA | ) | |

ARRAIGNMENT PLEA

Defendant Charles E. Rocha being arraigned, pleads **NOT GUILTY** in open Court this **2nd** day of **October**, 20**12**.

x _____
(Defendant's Signature)

x _____
(Attorney for Defendant)