IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. ~~12000~~ 12-236 |
| v. | ) | Judge Mark R. Hornak |
| CHARLES E. ROCHA | ) | Magistrate Judge Cynthia Eddy |
| | ) | |

## MAGISTRATE JUDGE'S REPORT OF ARRAIGNMENT

Defense Counsel: **Michael Healey**          AUSA: **Leo Dillon**

1. Date of arraignment:       10 - 2 - 2012

2. Defendant is:        ____ incarcerated.
                        _X_  on bond.

3. Defendant entered a plea of **NOT GUILTY**.

4. The parties were advised that all pretrial motions must be filed within ten (10) days.

5. A Rule 16 conference:     _X_ has been held       ____ has not been held.

6. Discovery is:             _X_ completed           ____ not completed.

7. Defendant has requested to be tried by: _X_ Jury      ____ non-Jury.

8. All parties have been advised that the matter:
    ____ has been scheduled for trial for _____.
    ____ has not been scheduled for trial.
    _X_ has not been scheduled for trial, but will be notified.

9. Estimated trial length: **8 days**

10. Defendant    ____ has been processed by US Marshal.
                 _X_ has not been processed by US Marshal, but has been advised to be processed.

s/Lisa Pupo Lenihan
Chief U. S. Magistrate Judge

cc:  Judge Hornak.

f:\wpdocs\order.fxc\armt_94._____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No. 12-236 |
| ) | |
| CHARLES E. ROCHA   ) | |

CERTIFICATION AND NOTICE FOR FILING PRETRIAL MOTIONS

I hereby certify that I have been notified by the United States Magistrate Judge that all pretrial motions must be filed within fourteen (14) days of Arraignment unless the Court extends the time upon written application made within said fourteen (14) day period.

X  10/2/12
Date

X _____
Attorney for Defendant
CHARLES E. ROCHA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 12- **236** |
| | ) | |
| CHARLES E. ROCHA | ) | |

<u>RECEIPT FOR LOCAL CRIMINAL RULE 16 MATERIAL</u>

The following materials are provided to you pursuant to Local Criminal Rule 16 of the Local Rules of Court for the United States District Court of Western Pennsylvania:

1. Relevant written or recorded statements or confessions of the defendant. Specify:

   12/29/09 separation agreement between USW and defendant;

   Portion of 4/6/10 report - p. 4 (beginning "Transaction Details") to p. 12 (ending at "Total $12,449.24") of interview with USW Associate General Counsel Bruce Fickman and Chief Auditor Tony Catonzara; and

   Report of 5/4/10 interview of defendant.

2. Grand Jury testimony of the defendant. Specify:

   None.

3. Defendant's prior criminal record attached.

   9/8/09 report of absence of criminal record.

4. At a time convenient to all parties, the attorney for the defendant will be permitted to inspect and copy all tangible objects, books, papers, documents, buildings or places which are in the possession, custody or control of the government and (a) are material to preparation of defendant's defense, (b) are intended for use by the government as evidence in chief at trial, or (c) were obtained from or belong to the defendant. Please contact OLMS Investigator Susan Sevin at 412-395-6364.

5.  Reports of relevant physical or mental examinations and scientific tests.  Specify:

    None.

6.  As set forth in applicable case authority, counsel for the government recognizes his/her obligation to seek all evidence favorable to the defendant which is known to the others acting on the government's behalf in this case, and will timely disclose known, material, favorable evidence in a manner which accords due process to the defendant.  The following exculpatory material is being disclosed at this time:

    None.

Respectfully submitted,

DAVID J. HICKTON
United States Attorney

_____
Assistant U.S. Attorney

_____10/2/12_____
Date

Receipt acknowledged by:

_____
Counsel for Defendant

_____10/3/12_____
Date


Original to Magistrate
Copy for Defendant and USA