IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

USA,

        Plaintiff,                        12cr236

                                      **ELECTRONICALLY FILED**

        v.

CHARLES E. ROCHA,

        Defendant.

| Hearing Held: Change of Plea<br>Date of Hearing: 3/20/13<br>Before Judge Mark R. Hornak | |
|---|---|
| AUSA | Leo Dillon |
| Defense Counsel | Michael Healy |
| Court Reporter | Karen Earley |
| Law Clerk/Deputy Clerk | HAW/BDB |
| Start time | 11:00 AM |
| End time | 11:48 AM |

DEFENDANT PRESENT

**NOTED:**

The Defendant pleads guilty to Count 16.
The Court accepts guilty plea.
The Court adjudicates the Defendant guilty.
PSI Ordered.
Sentencing set for July 30, 2013 at 1:30 PM.