IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

USA,

        Plaintiff,

        v.

CHARLES E. ROCHA,

        Defendant.

12cr236
**ELECTRONICALLY FILED**

## CHANGE OF PLEA

AND NOW, the defendant in the above entitled case hereby withdraws his plea of not guilty and now pleads guilty to Count(s) _16_ in open court this 20th day of March, 2013.

_____
(Defendant's Signature)

_____
(Attorney for Defendant's Signature)