*From the Desk of Catherine Duvall*

May 13, 2012

To Whom It May Concern:

This letter is requested to attest to the character and reputation of Chuck Rocha. Mr. Rocha has informed me of the factual basis of his application, and this letter is to speak to his outstanding professional character and reputation.

I have known Chuck Rocha for 15 years in both professional and personal settings. I have had ample time to witness Mr. Rocha's work and to watch how he executes his work. I have always known Mr. Rocha to act responsibility, with due diligence, and with concern for the professional project or community.

I first met Mr. Rocha working on an electoral campaign in Albuquerque, New Mexico. In that role he was directly responsible for spending money on behalf of the organization for which he worked. He consistently evaluated options, weighed the pros and cons of various expenditures and kept the organization's priorities front and center in his spending decisions.

I subsequently saw Mr. Rocha when he was Political Director at the USWA where he was responsible for directing expenditures to candidates. He consistently kept the organization's interest front and center as he evaluated candidates and made expenditure decisions. I saw the same characteristics come out in a more complicated circumstance during the presidential campaigns of 2004 and again as a consultant to a number of environmental groups in the 2008 & 2010 election cycles.

Mr. Rocha is a thoughtful, caring and community oriented individual. He is a mentor to younger staff who look to learn from his insights, management and organizing ability. He has consistently taken on challenging positions with significant financial responsibility, and he has executed those responsibilities to the complete satisfaction of the organizations for which he worked. He is a trusted member of the DC environmental and political communities.

If you have need of further information or have questions relating to my knowledge of Mr. Rocha's character and reputation, please contact me.

Sincerely,

Catherine Duvall
103 5th Street NE
Washington, DC  20002
Cell: 805-570-5863

EXHIBIT B