May 6, 2013

To Whom It May Concern:

I am writing to attest to the character and reputation of Mr. Charles E. Rocha.

As someone who has know Mr. Rocha for the last 5 years, I can attest to his dedication to helping young people achieve success, and have no hesitation in championing his cause.

I first met Mr. Rocha in 2008, as I started a fellowship with the Congressional Hispanic Caucus Institute. During this time he served as not only a mentor to the fellows but an advocate to help them secure employment. It was this commitment that in early 2011 resulted in full-time employment with Mr. Rocha.

I was happily employed by Mr. Rocha and worked by his side daily for over a year. When an unexpected employment opportunity arose, he was 100% supportive and encouraged it as a positive career move. Thus, I can honestly say that without Mr. Rocha, I would not be where I am today.

The support I received from Chuck during and after my fellowship was replicated over and over with each group of young leaders that went through CHCI. Whether it was raising money as a board member of CHCI, or mentoring past and present fellows and interns, Mr. Rocha's first-hand participation illustrated his commitment improve the lives of young Latinos across the country. Whereas many board members do not engage with fellows and interns, Chuck not only made it his priority to get to know them, but helped with CHCI Conference presentations and employment opportunities.

The values I saw first-hand from constant and direct interaction with Chuck confirm my belief that he is a good person with an even greater heart. Having had the privilege to interact with Chuck at many non-work settings, I can ensure you of his love and respect for his family, especially his son, Charles.

I cannot pretend to know what it is like to have a child at a young age, much less raise that child as a single parent. But what I can attest to is the good person with sound values that Charles has become; and I am sure that would not be possible without Mr. Rocha serving as a guide and example in his son's life.

While personal and family testimonials offer a glimpse as to Mr. Rocha's character, it is important to keep in mind the nature of his work: supporting everyday worker. From my first day with Chuck, I realized his dedication to both workers and progressive causes. Thus, when the indictment was made public, it devastated not just Chuck, but his entire staff. And while the firm lost a lot of business and future opportunities, Chuck supported his staff and ensured our livelihood before his.

EXHIBIT C

Whether it was working with progressive groups because it is the right thing to do, giving free time and advice to the CHCI, Young Democrats, and LCLAA, or speaking at conferences about the racial wealth gap, I can attest to Mr. Charles Rocha's character and values.

Sincerely,

Roberto Adrian Fierro

1837 Newton St. NW
Washington, DC 20010

619-415-4752