May 7, 2013

To Whom It May Concern:

I have been asked to provide a Character Reference for Chuck Rocha. I do so with no hesitation and have knowledge of the circumstances surrounding this request.

I have known Chuck for more than 20 years, starting out as simple acquaintances and growing into a valued friendship. Chuck is a single father who has raised his son, Charles, to be an independent young man. With the help of his family in Texas, he was able to raise Charles and work full time to provide him with a loving home and stability. As the years progressed, Chuck also cared for his immediate family, including his grandparents, and continued to do so by making time to be by their side throughout their lives. His commitment to his family is remarkable. It didn't matter how many miles he would have to travel, his family was of the utmost importance to him and he was always there when they needed him.

The care and love he shared with his family didn't stop there. Chuck has dedicated his life to workers. He is well known that supporting legislation, electing officials and educating workers has been his passion. He shares that passion teaching and mentoring others. After working in a rubber manufacturing plant as a young man, Chuck never forgot where he came from and wants so much to help those struggling to make ends meet. It is extremely important to him for these workers to have a voice in their daily occupations and their future. He is well educated and versed in these areas and a true asset to the working class he has strived to help for many years. He proved this dedication by attending TUP at Harvard University when asked to do so by his employer to gain further knowledge and expertise in this area.

Living in the same community I was fortunate to also witness his community involvement. If you need someone to help around your home, give you a ride somewhere, or just listen, you know that Chuck would be there for you. He participated in the Cranberry Cup softball and golf benefits, even coming from out of town to make the weekend festivities. He believed in the cause and wanted to help. On a personal note, when my father collapsed from cardiac arrest during a social gathering, 40 people stood in shock but Chuck ran to his side and began CPR which enabled us to have a little more time with him. It's the kind of person he is, he sees beyond the situation and knows what it takes to make a different in someone else's life.

In November 2009 Chuck was in a terrible automobile accident. A joy ride for teenagers turned deadly when they went left of center and hit head-on the vehicle Chuck was driving. Everyone was killed in the accident except Chuck. He spent two nights in the hospital recovering with stitches in multiple locations. I spoke to him soon after the accident and when he was released he came to our home before even going to his own. Why? He wanted to know how to replace his work-issued computer and cell phone that was destroyed during the accident so that he could get back to work. Dedication doesn't explain enough of how strong of a drive he has to do what he loves. He returned to work the next day to continue his good work. On another occasion following neck surgery, which consisted of a cervical spin fusion, he was told not to drive and to be off work for 6 weeks. But after 1 week we were driving him to his office. He had to be there, he had to fulfill his responsibilities.

In closing, I consider myself to be extremely fortunate to be the friend of someone who has spent years of his life helping others, fighting for what is right for working families, helping the less fortunate and always thinking of others before himself. His loyalty, dedication, commitment and friendship are something that is a true benefit to not just me personally, but to our nationwide communities, working families and society.

*Karen Krueger*

Karen Krueger
72 Winterbrook Drive
Cranberry Township, Pennsylvania 16066
Cell: 724.480.7852


EXHIBIT D