# FROM THE DESK OF SEAN SINCLAIR

May 15th, 2013

To Whom It May Concern:

I first meet Chuck fifteen years ago working on Special Election for Congress in New Mexico. In those fifteen since, Chuck hasn't changed his focus and passion for working families. It was, and has always been, more than a job for him. It is who he is at the core. He needs to help working families earn a decent wage or have a decent health care plan.

After his departure from the Steelworkers union, Chuck could have chosen a completely different business model. He could have decided to make more money working for businesses and corporations. But, he stayed true to his soul and has worked even harder for working families and union members. I can tell you first hand most political consultants would have gone for the money.

For the past three years Chuck and I have worked on numerous projects. I believe what makes him a successful and integral partner for many unions is something no other consultants can offer – a strong understanding of life "working the line" as a worker. It is where Chuck started and it is something he will never forget.

Chuck is still thought of highly amongst his friends in the political world, but the indictment has devastated his business. He took this very seriously and the shame of the story going public follows him every day.

There are very few people in the political world who truly believe in what they do. But chuck is one of these people. Chuck would take any client who was fighting for the right cause no matter the cost.

I am fully aware of everything that has happened in the court system. It does not make think any less of Chuck. He is one of my closest friends who I know would be there in an instant for my family and me. People come and go from our lives, but only a few are always there for each other. We all make mistakes and I know Chuck knows and regrets the one he made, but it does not change who is what he believes in.

Sincerely

Sean Sinclair
(617) 272-6595
Sean@sinclairstrategies.com

EXHIBIT F