IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

United States of America            )
                                    )
    vs.                             ) Criminal Number **12-236-001**
                                    )
**CHARLES ROCHA**                   )

The above named defendant satisfied the judgment of **JULY 30, 2013**
by paying on **AUGUST 05, 2013** the full balance due on court ordered:

    _X_ Assessment

    _X_ Fine

    ____ Costs

    ____ OTHER

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____           08-12-2013
Deputy Clerk                        Date